AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| DYLAN T. TAYLOR | ) Case No. 1:26mj 54 |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 1, 2025 through about December 14, 2025 in the county of Warren in the

Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252A(a)(2)(A) | Receipt of Child Pornography |

This criminal complaint is based on these facts:
Click here to enter text.

☒    Continued on the attached sheet.

_____
Complainant's signature

HSI Special Agent Mark Cecilione
_____
Printed name and title

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: March 9, 2026

_____
Judge's signature

City and State:    Albany, New York        Hon. Daniel J. Stewart, U.S. Magistrate Judge
_____
Printed name and title

1:26mj54

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

### Affidavit in Support of Criminal Complaint

I, Mark Cecilione, being first duly sworn, hereby depose and state as follows:

### Introduction and Agent Background

1. I am a Special Agent with the United States Department of Homeland Security (DHS), Homeland Security Investigations (HSI). I have been employed by DHS for approximately twenty-two (22) years. I have been employed as a Special Agent for HSI since December, 2019, graduating from the Federal Law Enforcement Training Center Criminal (FLETC) Investigator Training Program in November, 2020 and the HSI Special Agent Training Program in February, 2021. Prior to this position, I was employed as an HSI Intelligence Research Specialist for approximately two and a half (2.5) years, graduating from the Immigration and Customs Enforcement Basic Intelligence Training program in the Fall of 2017. Prior to this position I was employed as a U.S. Customs and Border Protection (CBP) Officer for almost fourteen (14) years, graduating from the CBP Officer Academy in March, 2004.

2. As a HSI Special Agent, I am authorized to seek and execute federal arrest and search warrants for Title 18 criminal offenses, including offenses related to the sexual exploitation of minors, specifically those involving the transportation, possession, distribution and receipt of child pornography, in violation of Title 18, United States Code, Sections 2251, 2252, and 2252A. During both basic training and subsequent training, I received instruction on conducting online child pornography investigations and on determining whether files constitute child pornography. I have also been the affiant for and participated in the execution of federal search warrants involving child pornography and child exploitation.

3. I have experience in conducting child exploitation and child pornography investigations. I have obtained search warrants in such investigations. I submit this affidavit in support of a criminal complaint and arrest warrant charging Dylan T. TAYLOR with Receipt of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A). Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, it does not set forth everything I know about this investigation.

## Probable Cause

### Background on Dylan T. TAYLOR

4. Dylan T. TAYLOR is a 30-year old male who has resided for the past several months in an apartment in Glens Falls, New York. The investigation has developed information that TAYLOR uses (i) an Apple iPhone 15 bearing telephone number (xxx) xxx-5082 and Apple ID dylanxxx321@icloud.com; and (ii) the Snapchat social media account "dylaaantaylor".

### Background on Jane Doe #1

5. Jane Doe #1 is a 15-year old female who resides in Mississippi. Jane Doe #1 is known to use and possess a smartphone and an account on Snapchat.

### Genesis of the Investigation

6. On or about December 14, 2025, Jane Doe #1's grandmother decided to inspect / review Jane Doe #1's smartphone out of concern that Jane Doe #1 may have been communicating with at least one adult male.

7. During the grandmother's review of Jane Doe #1's smartphone, the grandmother found a communication between Jane Doe #1 and a male individual whom she believed to be in his late 20's. Jane Doe #1's grandmother believed that the male was the same individual

with whom her granddaughter had been communicating approximately two years prior (when Jane Doe #1 was about 13 years of age).

8. Jane Doe #1's grandmother knew that about two years prior, Jane Doe #1's parent had spoken with the same male over the telephone and told him that Jane Doe #1 was a then-13 year old girl.

*Jane Doe #1's Grandmother Visits With the George County, Mississippi Sheriff's Office*

9. On or about December 15, 2025, Jane Doe #1's grandmother visited the George County, Mississippi Sheriff's Office to report her concerns that Jane Doe #1 was likely communicating electronically with a male who was significantly older than Jane Doe #1, and that the communications might be improper or unlawful. Jane Doe #1's grandmother brought with her Jane Doe #1's smartphone and gave law enforcement consent to search the smartphone.

*The George County, Mississippi Sheriff's Office Interview of Jane Doe #1*

10. On or about December 16, 2025, Deputies from the George County, Mississippi Sheriff's Office interviewed Jane Doe #1. During the interview Jane Doe #1 said a variety of things, to include, in sum and substance:

a. That her "relationship" with Dylan Taylor began when she was thirteen, and that they first met on Discord;[1]

b. That when she was thirteen, her mother found about her relationship with Dylan Taylor, and that her mother made efforts to end the relationship;

c. That her relationship with Dylan Taylor re-started a few months prior;

---

[1] Discord is described as "a free, popular communication app used for voice, video, and text chat, allowing people to connect in real-time through organized, topic-based communities called "servers". Originally designed for gamers, it is now a widely used platform for friends, creators, and communities to hang out, share media, and interact, available on desktop, mobile, and consoles."

d. That Dylan Taylor was well aware of her age;

e. That Dylon Taylor would ask Jane Doe #1 to send him nude images of her; and

f. That she and Dylan Taylor regularly communicated electronically to include telephone calls, text messages, and through social media.

*Investigative Efforts to Further Identify Dylan T. TAYLOR*

11. Through various investigative efforts and reviews of a database, Deputies with the George County, Mississippi Sheriff's Office learned that the telephone number with whom Jane Doe #1 had been communicating in 2025 (telephone number (xxx) xxx-5082) belonged to Dylan T. TAYLOR.

*The Forensic Review of Jane Doe #1's Smartphone*

12. In or about late December, 2025 / early January, 2026, Deputies with the George County, Mississippi Sheriff's Office extracted data from Jane Doe #1's smartphone. This data was subsequently transmitted to the Glens Falls, New York Police Department for further investigation.

13. Investigators with the Glens Falls Police Department tasked with examining the data from Jane Doe #1's smartphone identified the following evidence:

a. That Dylan T. TAYLOR's telephone number ending 5082 was in the smartphone's contacts;

b. That there were over 18,000 contacts / communications moving between the smartphone and Dylan T. TAYLOR's telephone number ending 5082;

c. That of the 18,000+ contacts / communications referenced above,

    i. There were 1,989 telephone calls (1,263 received and 726 dialed);

    ii. There were 16,946 text messages (8,199 incoming and 8,747 outgoing)

d. That there were mentions of numerous nude images of Jane Doe #1 in text message communications between the smartphone and Dylan T. TAYLOR's telephone number ending 5082; and

e. That there were text messages from Jane Doe #1 in which she expressed her concern to Dylan T. TAYLOR that he not share her nude images with others in an effort to embarrass her.

*The March 4, 2026 Execution of a Search Warrant at Dylan T. TAYLOR's Glens Falls Apartment*

14. On March 3, 2026, Glens Falls Police Department Detective Sergeant Miguel Chico applied for a search warrant to search Dylan T. TAYLOR, his Glens Falls apartment, and any electronic devices found therein.

15. On March 3, 2026, the Honorable Robert A. Smith, Warren County Court Judge, signed the requested search warrant and authorized investigators to search for, and seize, evidence of violations of New York State Penal Law, to include violations of Section 263.16 (Possession of a Sexual Performance by a Child).

16. On March 4, 2024, law enforcement agents and investigators with the Glens Falls Police Department and Homeland Security Investigations (HSI) executed the above-referenced search warrant. Agents and investigators seized a variety of electronic devices, to include an Apple iPhone 15 bearing telephone number (xxx) xxx-5082 and Apple ID dylanxxx321@icloud.com, seized from TAYLOR's person.

*The Forensic Review of Dylan T. TAYLOR's Apple iPhone 15 Smartphone*

17. Agents with HSI, to include your affiant, continue to review the data contained within Dylan T. TAYLOR's Apple iPhone 15 smartphone bearing telephone number (xxx) xxx-5082 and Apple ID dylanxxx321@icloud.com. Although the review of the data continues,

agents have preliminarily identified the following evidence found on TAYLOR's smartphone:

a. A contact in the phone for Jane Doe #1's telephone number, with the contact being identified as "My Girl";

b. Multiple text messages / chats occurring in 2025 between TAYLOR and Jane Doe #1 in which he urged and directed her to take pictures of her vagina, and to send those images to him;

c. Multiple still image electronic files containing what, in my training and experience, depict child pornography, to include:[2]

    i. File dbeb2246afa29970d0f7c0a3ba1be8e9.jpg, which is a still image of Jane Doe #1 standing naked in front of a mirror holding a phone. The image depicts Jane Doe #1 lifting up her shirt, exposing her bare breasts. Jane Doe #1 is also naked from the waist down and exposing her vagina to the camera. Metadata indicates that TAYLOR received this image on November 15, 2025;

    ii. File 71c16bac2e9ba779d711976279ac7a76.jpg, which is a still image sent on November 19, 2025 from Jane Doe #1's Snapchat account to TAYLOR's Snapchat account with username "dylaaantaylor." The image is located in the chats between TAYLOR and Jane Doe #1. TAYLOR saved the image in the chat, and the focal point of the image is Jane Doe #1's bare vagina; and

    iii. File 6851513e1612017ad34866ebfc968767.jpg, which is a still image sent

---

[2] The images are available for the Court's review upon request.

on November 19, 2025 from Jane Doe #1's Snapchat account to TAYLOR's Snapchat account with username "dylaaantaylor." The image is located in the chats between TAYLOR and Jane Doe #1. TAYLOR saved the image in the chat, and the focal point of the image is Jane Doe #1's bare vagina.

d. Several messages / chats in 2025 in which TAYLOR communicated to Jane Doe #1 that he would send nude pictures of her to the public if she did not answer his questions about with whom Jane Doe #1 was talking; and

e. Several messages / chats in 2025 between TAYLOR and Jane Doe #1 that are of a sexual nature.

### Request for Sealing

18. I further request that the Court order that all papers in support of this application, including the criminal complaint and arrest warrant, be sealed until the further order of the Court. These documents discuss an ongoing federal criminal investigation that is not public, nor is the full scope of the investigation known to Dylan T. TAYLOR. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation or endanger members of law enforcement.

### Conclusion

19. Based upon the above information, I respectfully submit that there is probable cause to believe that between about November 1, 2025 and about December 14, 2025, in Warren County in the Northern District of New York, and elsewhere, Dylan T. TAYLOR, did knowingly receive child pornography using a means and facility of interstate and foreign commerce, shipped and transported in and affecting such commerce by any means, including

by computer, in that the defendant did receive graphic image files of actual minor Jane Doe #1 engaged in sexually explicit conduct by use of the Internet, in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

Respectfully submitted,

#9596

Mark Cecilione
Special Agent, HSI

I, the Honorable Judge Daniel J. Stewart, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by telephone and/or TEAMS on March 20, 2026, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Daniel J. Stewart
U.S. Magistrate Judge